Hugo Distefano et al., Appellants, v. Kirby & Kirby, Inc., Respondents.— The evidence adduced by plaintiffs established a *prima facie* case against defendant and precluded dismissal at close of plaintiffs' case. Judgment reversed and a new trial ordered, with costs to the appellants to abide the event. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Townley and Glennon, JJ., dissent and vote to affirm.

In the Matter of Abraham Mechlowitz, Respondent, against Ethel Lyman, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

John H. Naylor, Respondent, v. Spalding-Tully House Company, Inc., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Ethel Pearl, Appellant, v. Nulag Realty Corporation, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Pennsylvania Railroad Company, Appellant, v. Egan, Fickett & Co., Inc., Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Israel Richards, Appellant, v. Otto Nelson et al., Respondents.— Judgment unanimously affirmed, with costs to the respondents Richardson & Dutt, Inc. and Henry Callies. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

The People of the State of New York, Respondent, v. Harry Roth and James Byron, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Accounting of United States Trust Company of New York et al., as Executors of Mary Edey, Deceased. Bankers Trust Company, as Trustee for Edward W. Taylor, III, et al., Appellants; United States Trust Company of New York et al., as Executors, et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents George Arents III, *et al.*, payable out of the estate. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., taking no part.

Charles Urban et al., Doing Business under the Name of Newark Transformer Company, Respondents, v. A. Alan Reich, as Trustee in Bankruptcy of Robinson Induction Corporation, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to modify by granting summary judgment dismissing the complaint as to chattel number 44492, and as so modified, to affirm.

Sam Dembow, Jr., Appellant, v. Cornell Cab Corporation et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See 268 App. Div. 768.]

The People of the State of New York, Respondent, v. Vineland Butter & Egg Corporation, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.